670 A.2d 1145

**MAROADI TRANSFER & STORAGE, INC.,
a Pennsylvania Corporation, Petitioner**

**v.**

**COMMONWEALTH of Pennsylvania, DEPARTMENT
OF TRANSPORTATION, Respondent**

**v.**

**The ESTATE OF A.J. DONATELLI, Respondent.**

**432 W. D. Allocatur Dkt. 1995.**

Supreme Court of Pennsylvania.

Feb. 8, 1996.

Stuart E. Savage, Pittsburgh, for petitioner.

AND NOW, this 8th day of February, 1996, the Petition for Allowance of Appeal is granted. The issue on appeal is limited to the question of whether Petitioner's month-to-month storage charges created individual causes of action, each with a new period of limitations.

NEWMAN, J., did not participate.